ACCEPTED
15-25-00003-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/21/2025 10:33 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00003-CV**

IN THE FIFTEENTH COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/21/2025 10:33:33 AM
CHRISTOPHER A. PRINE
Clerk

**LONE STAR NGL PRODUCT SERVICES, LLC**
***(in its own capacity and as assignee),***
*Plaintiff/Joint Petitioner,*

**v.**

**EAGLECLAW MIDSTREAM VENTURES LLC**
**AND CR PERMIAN PROCESSING, LLC,**
*Defendants/Joint Petitioners.*

Appeal from the Texas Business Court, 11th Division
Trial Court No. 24-BC11A-0004

**JOINT MOTION FOR EXTENSION OF TIME TO FILE MERITS BRIEFS**

TO THE HONORABLE COURT OF APPEALS:

Defendants/Joint Petitioners, EagleClaw Midstream Ventures LLC and CR Permian Processing, LLC, and Plaintiff/Joint Petitioner, Lone Star NGL Product Services, LLC, respectfully file this joint motion for extension of time to file their respective merits briefs, and would show the Court as follows:

1. On January 23, 2025, this Court granted the parties' joint petition for permissive interlocutory appeal pursuant to Texas Civil Practice & Remedies Code § 51.014. The Court also granted the request of the parties that each party be allowed to simultaneously file its own merits brief without the need to file any response or reply briefs.

2. The present deadline for each party to file its merits brief is February 24, 2025.

3. The parties jointly seek a short two-week extension, until March 10, 2025, to file their respective merits briefs.

4. This is first request for an extension of time to file the merits briefs.

5. This motion is joint, and therefore, unopposed.

6. The following grounds provide "good cause" for extending the time to file the merits briefs:

7. This appeal involves a controlling question of law as to which there is a substantial ground for difference of opinion and which would materially advance the ultimate termination of this litigation. The question involved is important and the extension will allow the parties to adequately brief the issues.

8. Additionally, appellate counsel for Defendants/Joint Petitioners, Parth S. Gejji, has been and continues to be engaged in other litigation with imminent deadlines that have and will prevent him from completing the brief before the present deadline detailed as follows:

- Assist in preparation of brief of appellant in No. 14-24-00724-CV; *Houston Livestock Show and Rodeo, Inc. v. Hallmark Financial Services, Inc. d/b/a Hallmark Specialty Insurance Company*; in the First Court of Appeals. The brief was filed on January 27, 2025.

- Assist in preparation of brief of appellees in No. 24-20275; *Farmers Texas County Mutual Insurance Company et al. v. 1st Choice Accident and Injury, L.L.C. et al.*; in the U.S. Court of Appeals for the Fifth Circuit. The brief was filed on February 7, 2025.

- Assist in preparation of post-trial briefing in No. 17-9002L; *In re Downstream Addicks and Barker (Texas) Flood-Control Reservoirs*; in the United States Court of Federal Claims. The plaintiffs' opening post-trial brief was filed on January 31, 2025, and the plaintiffs' response post-trial brief will filed on February 25, 2025.

- Assist in preparation of brief of appellant in No. 14-24-00786-CV; *Billie Hart et al. v. San Jacinto River Authority*; in the Fourteenth Court of Appeals. The brief is due on March 10, 2025.

- Assist in preparation of brief of appellant in No. 09-24-00357-CV; *Lynn Clark, as Representative of the Estate of Willard Radcliffe v. Arnett Eugene Easley*; in the Ninth Court of Appeals, Beaumont, Texas. The brief is due March 24, 2025.

9. Additionally, appellate counsel for Plaintiff/Joint Petitioner has been and continues to be engaged in other litigation with imminent deadlines that have and will prevent him from completing the brief before the present deadline detailed as follows:

- Preparation of Reply Brief on the Merits in *Greystar Development & Construction, LP v. Williams*, in the Fifth Court of Appeals, No. 05-23-01168-CV, due February 26, 2025.

- Preparation of Respondent's Cross Petition for Review in *Linde Engineering N. Am. Inc. v. Arrow Field Services, LLC*, in the Supreme Court of Texas, No. 25-0089, due April 3, 2025.

- Participation in the preparation of post-trial motions and a hearing on those motions in *Capital Veterinary Specialists Jax, LLC et al. v. Pathway Vet Alliance, LLC*, Cause No. D-1-GN-23-000823 in the 353rd District Court of Travis County.

10. This motion is not filed for the purpose of delay, but to allow counsel for both respective parties adequate time to prepare the respective merits briefs.

For these reasons, Defendants/Joint Petitioners and Plaintiff/Joint Petitioner respectfully request an extension of time to file their respective merits briefs until March 10, 2025.

Respectfully submitted,

**NORTON ROSE FULBRIGHT**

By: */s/ Andrew Price (by permission)*
    Andrew Price
    State Bar No. 24002791
    andrew.price@nortonrosefulbright.com
    Rafe A. Schaefer
    State Bar No. 24077700
    rafe.schaefer@nortonrosefulbright.com
    Abraham Chang
    State Bar No. 24102827
    abraham.chang@nortonrosefulbright.com
    Timothy Shinn
    State Bar No. 24125409
    timothy.shinn@nortonrosefulbright.com
1550 Lamar St. Suite 2000
Houston, Texas 77010
(713) 651-5151

**ALEXANDER DUBOSE & JEFFERSON**

William J. Boyce
State Bar No. 02760100
bboyce@adjtlaw.com
1844 Harvard St.
Houston, Texas 77008
(713) 523-2358

**Attorneys for Plaintiff/Joint Petitioner Lone Star NGL Product Services LLC**

**BECK REDDEN LLP**

By: */s/ Parth S. Gejji*
    Fields Alexander
    State Bar No. 00783528
    falexander@beckredden.com
    Thomas E. Ganucheau
    State Bar No. 00784104
    tganucheau@beckredden.com
    Mary Kate Raffetto
    State Bar No. 24098296
    mkraffetto@beckredden.com
    Parth S. Gejji
    State Bar No. 24087575
    pgejji@beckredden.com
    Garrett S. Brawley
    State Bar No. 24095812
    gbrawley@beckredden.com
    Cassie Maneen
    State Bar No. 24120989
    cmaneen@beckredden.com
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
(713) 951-3700

**Attorneys for Defendants/Joint Petitioners EagleClaw Midstream Ventures LLC and CR Permian Processing, LLC**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Plaintiff/Joint Petitioner, Rafe Schaefer, regarding the relief requested in this joint motion, and counsel informed me that Plaintiff/Joint Petitioner agrees to the relief sought in this joint motion.

*/s/ Parth S. Gejji*
Parth S. Gejji


**CERTIFICATE OF SERVICE**

A true and correct copy of the above and foregoing document was properly forwarded to all counsel of record in accordance with Texas Rules of Appellate Procedure 9.5 by the e-file service provider on February 21, 2025.

*/s/ Parth S. Gejji*
Parth S. Gejji

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Crain on behalf of Parth Gejji
Bar No. 24087575
lcrain@beckredden.com
Envelope ID: 97642455
Filing Code Description: Motion
Filing Description: Joint Motion for Extension of Time to File Merits Briefs
Status as of 2/21/2025 10:47 AM CST

Associated Case Party: Lone Star NGL Product Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rafe Schaefer | 24077700 | rafe.schaefer@nortonrosefulbright.com | 2/21/2025 10:33:33 AM | SENT |
| Abraham Chang | 24102827 | abraham.chang@nortonrosefulbright.com | 2/21/2025 10:33:33 AM | SENT |
| William Boyce | 2760100 | bboyce@adjtlaw.com | 2/21/2025 10:33:33 AM | SENT |
| Timothy Shinn | 24125409 | Timothy.shinn@nortonrosefulbright.com | 2/21/2025 10:33:33 AM | SENT |
| Andrew Price | | andrew.price@nortonrosefulbright.com | 2/21/2025 10:33:33 AM | SENT |

Associated Case Party: EagleClaw Midstream Ventures LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Fields Alexander | | falexander@beckredden.com | 2/21/2025 10:33:33 AM | SENT |
| Parth S.Gejji | | pgejji@beckredden.com | 2/21/2025 10:33:33 AM | SENT |
| Mary Raffetto | | mkraffetto@beckredden.com | 2/21/2025 10:33:33 AM | SENT |
| Garrett S.Brawley | | gbrawley@beckredden.com | 2/21/2025 10:33:33 AM | SENT |
| Cassie Maneen | | cmaneen@beckredden.com | 2/21/2025 10:33:33 AM | SENT |
| Thomas Ganucheau | | tganucheau@beckredden.com | 2/21/2025 10:33:33 AM | SENT |